UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER D. POGUE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:08CV1886 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant, | ) |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton that the decision of the Commissioner be reversed and remanded to the Commissioner for the award of Supplemental Security Income benefits. None of the parties have filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain Judge Blanton's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. §

405(g), the decision of the Commissioner is reversed and this case is remanded to the Commissioner for the award of Supplemental Security Income benefits.

A separate judgment in accordance with this Order is entered this same date.

Dated this 25th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE