UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER D. POGUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CV1886 HEA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is reversed under Sentence 4 of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this matter is remanded to the Commissioner for the award of Supplemental Security Income benefits.

Dated this 25th day of February, 2010.

_____
HENRY EDWARD AUTREY

UNITED STATES DISTRICT JUDGE